UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Joseph Allen Williams            Docket No. 5:10-CR-12-1FL

**Petition for Action on Supervised Release**

COMES NOW Christopher Studley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Allen Williams, who, upon an earlier plea of guilty to Distribution of More Than 5 Grams of Cocaine Base (Crack), 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 21, 2011, to the custody of the Bureau of Prisons for a term of 112 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Joseph Allen Williams was released from custody on January 20, 2016, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 15, 2017, the defendant tested positive for the use of methamphetamine. When confronted regarding the drug positive, the defendant denied use. The defendant has had one previous drug positive (cocaine) reported to the court on August 2, 2016. The defendant also denied use in that instance. Although the defendant has denied use in each instance, he will be referred for substance abuse treatment. In light of the recent drug positive, it is further recommended that the defendant complete 20 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 20 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Jeffrey L. Keller<br>Jeffrey L Keller<br>Supervising U.S. Probation Officer | /s/ Christopher Studley<br>Christopher Studley<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8669<br>Executed On: July 07, 2017 |

**Joseph Allen Williams**
**Docket No. 5:10-CR-12-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __7th__ day of __July__, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge