UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Joseph Allen Williams**　　　　　　　　　　　　　　　　　　**Docket No. 5:10-CR-12-1FL**

**Petition for Action on Supervised Release**

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Joseph Allen Williams, who, upon an earlier plea of guilty to Distribution of More Than 5 Grams of Cocaine Base (Crack), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on November 21, 2011, to the custody of the Bureau of Prisons for a term of 112 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 60 months. On January 8, 2015, the term of imprisonment was reduced to 93 months.

Joseph Allen Williams was released from custody on January 20, 2016, at which time the term of supervised release commenced. On August 2, 2016, a Violation Report was filed advising the defendant tested positive for cocaine. A verbal reprimand was issued, and supervision was continued with no further court action taken. On July 7, 2017, a Petition for Action on Supervised Release was filed advising the defendant tested positive for methamphetamine. The defendant was referred for a substance abuse assessment, and was ordered to complete 20 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On May 16, 2018, Williams tested positive for cocaine. When confronted with the urinalysis results, the defendant admitted to his drug use, and signed an Admission of Use Form. The defendant was referred for substance abuse counseling as an intervention method, and a 30-day period of Location Monitoring (Curfew) was recommended as a punitive sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: June 8, 2018

## ORDER OF THE COURT

Considered and ordered this __12th__ day of _____June_____, 2018, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge